IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RODNEY DEWAYNE MOSBY, SR.**
**ADC # 113836** **PLAINTIFF**

**v.**

Case No. 4:19-cv-00504 BSM

**KAREN GRANT, LPN, Head Nurse,**
**Faulker County Sheriff's Office, Unit 2** **DEFENDANT**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Joe J. Volpe [Doc. No. 10] has been received. After careful review of the record, the RD is adopted. The case is dismissed without prejudice for failure to prosecute. *An in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 9th day of October 2019.

_____
UNITED STATES DISTRICT JUDGE